**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
(State)

Case number (*If known*): _____ Chapter __11__

◯ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  People Powered, LLC

2. **All other names debtor used in the last 8 years**  People Powered Nursing; PPN

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  85-1730592

4. **Debtor's address**

   **Principal place of business**
   220 Mulbery Way
   Number    Street

   _____

   Franklin Lakes, New Jersey  07417
   City                State    ZIP Code

   Bergen
   County

   **Mailing address, if different from principal place of business**
   _____
   Number    Street

   _____
   P.O. Box

   _____
   City                State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   Bank Account in Kings County

   _____
   City                State    ZIP Code

5. **Debtor's website** (URL)  www.peoplepowerednursing.com

Debtor  People Powered, LLC _____     Case number (*if known*)_____
      Name

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ◯ Partnership (excluding LLP)
   - ◯ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ◯ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ◯ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ◯ Railroad (as defined in 11 U.S.C. § 101(44))
   - ◯ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ◯ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ◯ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ◯ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ◯ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ◯ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ◯ Chapter 7
   - ◯ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ◯ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ◯ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ◯ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ◯ A plan is being filed with this petition.
     - ◯ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ◯ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ◯ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ◯ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☒ No
   - ◯ Yes.  District _____ When _____ Case number _____
                                                                                 MM / DD / YYYY
                      District _____ When _____ Case number _____
                                                                               MM / DD / YYYY

Debtor  People Powered, LLC _____  Case number (*if known*)_____
            Name

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br> List all cases. If more than 1, attach a separate list. | ☒ No <br> ☐ Yes.  Debtor _____  Relationship _____ <br>         District _____  When _____ <br>                                                                                          MM / DD / YYYY <br>         Case number, if known _____ |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* <br> ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** (*Check all that apply.*) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>    What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>                                           Number        Street <br>                                           _____ <br>                                           _____   _____ _____ <br>                                           City                                                               State ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>            Contact name    _____ <br>            Phone              _____ |

**Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | *Check one:* <br> ☒ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☒ 1-49                    ☐ 1,000-5,000           ☐ 25,001-50,000 <br> ☐ 50-99                 ☐ 5,001-10,000         ☐ 50,001-100,000 <br> ☐ 100-199             ☐ 10,001-25,000        ☐ More than 100,000 <br> ☐ 200-999 |

Debtor    People Powered, LLC                                              Case number (*if known*)_____
        Name

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05 / 16 / 2025
              MM  / DD  / YYYY

/s/ Faigy Morgenshtern                           Faigy Morgenshtern
Signature of authorized representative of debtor    Printed name

Title  Authorized Agent

**18. Signature of attorney**

/s/ Mathew B. Stein                              Date  05 / 16 / 2025
Signature of attorney for debtor                       MM   / DD  / YYYY

Matthew B. Stein
Printed name

Kasowitz Benson Torres LLP
Firm name

1633 Broadway
Number    Street

New York                                            NY        10012
City                                                State     ZIP Code

212 506 1700                                        MStein@Kasowitz.com
Contact phone                                       Email address

4179479                                             NY
Bar number                                          State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **4**

# RESOLUTIONS OF
# PEOPLE POWERED, LLC

## May 15, 2025

On May 15, 2025, People Powered, Inc. (the "*Member*"), which is the sole member of People Powered, LLC (the "*Company*"), took the following actions and adopted the following resolutions at a meeting in accordance with the applicable governing law of the Company's limited liability company operating agreement.

## Authorization to Commence Chapter 11 Proceedings;
## Authorization to Employ and Retain Requisite Professionals

WHEREAS, the Member of the Company, through its management and sole shareholder, has consulted with advisors and determined that it is necessary, advisable and in the best interests of the Company, its creditors, and other interested parties, and necessary and appropriate to the purpose, conduct, promotion, or attainment of the business and affairs of the Company, that a petition be filed by the Company seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") and that the Company undertake related actions.

NOW THEREFORE BE IT:

RESOLVED, that the Member of the Company, in its best judgment, and after consultation with the Company's advisors, has determined that it is desirable and in the best interests of the Company, its creditors and its sole member that a voluntary petition for relief under chapter 11 of the Bankruptcy Code be filed and directs that the Company file or cause to be filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code;

RESOLVED FURTHER, that the "*Authorized Signatory*" referenced in these resolutions shall be, with respect to the Company, Faigy Morgenshtern (a.k.a. Faygee Morgenshtern) acting directly on behalf of the Company as an agent of the Company;

RESOLVED FURTHER, that the Authorized Signatory of the Company, be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of New York (the "*Bankruptcy Court*") at such time as such Authorized Signatory shall determine;

RESOLVED FURTHER, that the Authorized Signatory of the Company be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and file all pleadings, schedules, lists, and other papers, and to take any and all actions that the Authorized Signatory may deem necessary or proper in connection with the foregoing resolutions;

RESOLVED FURTHER, that the Authorized Signatory be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage the law firm of Kasowitz Benson Torres LLP ("*Kasowitz*") as general bankruptcy counsel to represent and assist such Company in carrying out in duties under the Bankruptcy Code and to take any and all actions to advance such Company's rights and interests, including filing any pleadings and making any

filings with regulatory agencies or other governmental authorities; and, in connection therewith, the Authorized Signatory be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of the Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Kasowitz;

RESOLVED FURTHER, that the Authorized Signatory of the Company be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage any other professionals as deemed necessary or appropriate in their respective sole discretion to assist the Company in carrying out its duties under the Bankruptcy Code, including executing appropriate retention agreements, paying appropriate retainers prior to or after the filing of the Company's chapter 11 case, and filing appropriate applications for authority to retain the services of any other professionals as any Authorized Signatory shall in their sole discretion deem necessary or desirable.

## General

RESOLVED FURTHER, that the Authorized Signatory of the Company be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to (i) take or cause to be taken any and all such further actions and to prepare, execute and deliver or cause to be prepared, executed and delivered and, where necessary or appropriate, file or cause to be filed with the appropriate governmental authorities, all such necessary or appropriate instruments and documents, (ii) incur and pay or cause to be paid all fees and expenses associated with or arising out of the actions authorized herein, and (iii) engage such persons as the Authorized Signatory shall in her sole discretion deem necessary or desirable to carry out fully the intent and purposes of the foregoing resolutions and each of the transactions contemplated thereby, such determination to be conclusively established by the taking or causing of any such further action;

RESOLVED FURTHER, that all lawful actions of any kind taken prior to the date hereof by the Authorized Signatory, or any person or persons designated or authorized to act by an Authorized Signatory, which acts would have been authorized by the foregoing resolutions, except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved and adopted as acts of the Company;

RESOLVED FURTHER**,** that the signature of the Authorized Signatory of the Company on any document, instrument, certificate, agreement or other writing shall constitute conclusive evidence that the Authorized Signatory deemed such act or thing to be necessary, advisable or appropriate; and

RESOLVED FURTHER, that the Authorized Signatory of the Company be, and hereby is, authorized and empowered to certify and to furnish such copies of these resolutions as may be necessary and such statements of incumbency of the Authorized Signatory of the Company as may be requested.

Dated: May 15, 2025

PEOPLE POWERED, INC.,
in its capacity as sole member of People Powered, LLC

By:     */s/ Faigy Morgenshtern*
        _____
        FAIGY MORGENSHTERN
        AUTHORIZED SIGNATORY

Akiva Spitzer CPA
74 Herrick Ave., Suite 202
Spring Valley, NY 10977

American Express CC
PO Box 1270
Newark, NJ 07101

AWA Medical Staffing LLC
2281 Orchard Rd.
Oswego, IL 60543

Empire Health Insurance
7444 W Wilson Ave.
Harwood Heights, IL 60706

Eniola Health Care Services/ Rev Capital
P.O. Box 741791
Los Angeles, CA 90074-1791

Faigy Morgenshtern
220 Mulberry Way
Franklin Lakes, NJ 07417

Florida Secretary of State
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399

Gibor Group LLC DBA OTI
8170 McCormick Boulevard, Suite 127
Skokie, IL 60076

Google Voice Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

Hiscox Insurance Company, Inc.
104 South Michigan Avenue, Suite 600,
Chicago, IL 60603-5950

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

```
Legacy Healthcare
3450 Oakton St.
Skokie, IL 60076

Maxi Care LLC
1632 W Colonial Pkwy
Inverness, IL

Maxi Care LLC/Rev Capital
P.O. Box 741791
Los Angeles, CA 90074-1791

Moss and Maple Inc
156 Columbus Ave.
New York, NY 10023

New Premier Management
1413 38th Street
Brooklyn, NY 11218

Nursa, Inc
Dept 2310
PO Box 122310
Dallas, TX 75312-2310

People Powered, Inc.
220 Mulberry Way
Franklin Lakes, NJ 07417

RestUp, LLC dba MyShyft
429 East Vermont Street, Suite 110
Indianapolis, IN 46202

SMS Plus, LLC
P.O. Box 4729
Winter Park, FL 32793-4729

Tango/CM
250 Cedarbridge Ave
Lakewood, NJ 08701

Topxperts HCS - Healthcare Staffing
30 North River Road, Suite
103 Des Plaines, IL 60016
```

```
Visa CC
PO BOX 1423
Charlotte, NC 28201

Your Back Office
9 Perlman Drive, Suite 213
Spring Valley NY 10977
```