Abraham Beinhorn
LIEBERMAN AND KLESTZICK, LLP
*Attorneys for Rivi LLC and E-Distributors Inc.*
381 Sunrise Hwy, Suite 302
Lynbrook, New York 11563

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
In re:                                                                             Ch. 11

PEOPLE POWERED, LLC,                                       Case No.: 1-25-42368

                Debtor.
------------------------------------------------------------X

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that:

1. Under Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), and 11 U.S.C. §§ 102(1), 342 and 1109(b), the undersigned attorneys appear as counsel for RIVI LLC and E-DISTRIBUTORS INC., parties in interest, and request that all notices given or required to be given in this case and all related cases and proceedings, and all papers served or required to be served in this case and all related cases and proceedings, be given to and served upon:

> Abraham Beinhorn, Esq.
> Lieberman and Klestzick, LLP
> 381 Sunrise Hwy, Suite 302
> Lynbrook, New York 11563
> Tel: (516) 400-1208
> Email: abraham@landklegal.com

2. The foregoing request includes not only the notices and papers, whether formal or informal, ex parte or no notice, written or oral, referred to in the Bankruptcy Rules and Code Sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal,

whether written or oral and whether transmitted or conveyed by mail, courier, hand, delivery, telephone, telecopier, electronically, or otherwise, which affect or seek to affect in way the Debtor, any right or interests of the Debtor, or affects or seeks to affect, any rights or interest of any party in interest in this case or any related proceeding.

3. Neither this notice of appearance nor any later appearance, pleading, claim, or suit, shall waive the rights of RIVI LLC and E-DISTRIBUTORS INC. to have final orders in noncore matters entered only after de novo review by a District Judge, or the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or the right to have the District Judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments, to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: May 28, 2025

**LIEBERMAN AND KLESTZICK, LLP**

By: /s/ Abraham Beinhorn
Abraham S. Beinhorn, Esq.
381 Sunrise Hwy, Suite 302
Lynbrook, New York 11563
Tel: (516) 400-1208
Email: abraham@landklegal.com